AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of Florida (Miami)__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>23-cv-22395-KMM | DATE FILED<br>6/27/2023 | U.S. DISTRICT COURT<br>Southern District of Florida (Miami) |
|---|---|---|
| PLAINTIFF<br>The Smiley Company SPRL | | DEFENDANT<br>The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,747,618 | 8/5/2003 | SMILEY |
| 2 | 2,566,529 | 5/7/2002 | SMILEY |
| 3 | 5,453,732 | | SMILEY |
| 4 | 2,970,055 | 7/19/2005 | SMILEY |
| 5 | See Complaint | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Angela N. Noble | (BY) DEPUTY CLERK<br>B. Bernard | DATE<br>6/28/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

[Print]  [Save As...]  [Reset]