```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Richard Guerra (rguerra@brickellip.com), Arthur Robert Weaver (rweaver@brickellip.com), Judge K.
Michael Moore (moore@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<23664180@flsd.uscourts.gov>
Subject:Activity in Case 1:23-cv-22395-KMM The Smiley Company SPRL v. The Individuals, Partnerships and Unincorporated
Associations Identified On Schedule A Order Dismissing/Closing Case
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 9/1/2023 at 2:20 PM EDT and filed on 9/1/2023

**Case Name:**       The Smiley Company SPRL v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A
**Case Number:**     [1:23-cv-22395-KMM](#)
**Filer:**
**WARNING: CASE CLOSED on 09/01/2023**
**Document Number:** 8(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS CAUSE came before the Court upon Plaintiffs Notice of Voluntary Dismissal. [7]. Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to voluntarily dismiss a claim prior to a defendant's filing of an answer or a motion for summary judgment, or after an answer has been filed where the dismissal bears the signatures of both parties. Fed. R. Civ. P. 41(a)(1)(A)(i). In this case, no answer has been filed. Accordingly, UPON CONSIDERATION of the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the above-styled cause is hereby DISMISSED WITHOUT PREJUDICE. All pending motions, if any, are DENIED AS MOOT. Signed by Judge K. Michael Moore on 9/1/2023. (sdu)**

**1:23-cv-22395-KMM Notice has been electronically mailed to:**

Arthur Robert Weaver     rweaver@brickellip.com

Richard Guerra     rguerra@brickellip.com

**1:23-cv-22395-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**